UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEAMSTERS LOCAL 837 401(K) PLAN,<br><br>    Plaintiff<br><br>    v.<br><br>ALUMINUM SHAPES, LLC,<br><br>    Defendant | Civil Action No. 21-0326 (RBS) |

## STIPULATION

The parties to this litigation, by and through their respective counsel, hereby stipulate to the entry of an Order by the Court in favor of Plaintiff Teamsters Local 837 401(K) Plan and against Defendant Aluminum Shapes, LLC in the amount of $128,832.13, representing its principal obligation of $98,108.84, plus liquidated damages in the amount of $13,751.41 and interest through July 27, 2021 in the amount of $16,971.88. Additional interest shall accrue on any unpaid amounts on a monthly basis at the rate of 12% per annum.

FOR ALUMINUM SHAPES:

_/s/ Jennifer Snyder_                               Dated: July 23, 2021
Jennifer Platzkere Snyder

FOR THE TEAMSTERS LOCAL 837 401(K) PLAN:

_/s/ Thomas Kohn_                                   Dated: July 23, 2021
Thomas Kohn

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEAMSTERS LOCAL 837 401(K) PLAN, | |
| Plaintiff | |
| v. | Civil Action No. 21-0326 (RBS) |
| ALUMINUM SHAPES, LLC, | |
| Defendant | |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the parties' Stipulation for Entry of Judgment in the above matter, it is hereby ORDERED and DECREED that judgment is entered in favor of Plaintiff Teamsters Local 837 401(K) Plan, and against Defendant Aluminum Shapes, LLC, in the amount of **$128,832.13**.

SO ORDERED BY THE COURT:

_____
R. BARCLAY SURRICK,                    J.