UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

TEAMSTERS LOCAL 837 401(K) PLAN, :
: 
    Plaintiff :
:
    v. :   Civil Action No. 21-0326 (RBS)
:
ALUMINUM SHAPES, LLC, :
:
    Defendant :

ORDER

AND NOW, this <u>27th</u> day of <u>   July   </u>, 2021, upon consideration of the parties' Stipulation for Entry of Judgment in the above matter, it is hereby ORDERED and DECREED that judgment is entered in favor of Plaintiff Teamsters Local 837 401(K) Plan, and against Defendant Aluminum Shapes, LLC, in the amount of **$128,832.13**.

SO ORDERED BY THE COURT:

/s/ R. Barclay Surrick
R. BARCLAY SURRICK,        J.